IN THE SUPREME COURT OF THE STATE OF NEVADA

ELEANOR DRESDEN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE MICHELLE
LEAVITT, DISTRICT JUDGE,
Respondents,
and
ED'S STATIONS INC., A DOMESTIC
CORPORATION, D/B/A AM PM,
Real Party in Interest.

No. 70598

FILED

JUL 1 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF PROHIBITION OR MANDAMUS

This original petition for a writ of prohibition or mandamus challenges a district court order granting a motion to withdraw an offer of judgment in a negligence action. Having considered the petition and supporting documents, we are not persuaded that our intervention is warranted at this time, as an adequate remedy exists in the form of an appeal from any adverse final judgment. NRS 34.160; NRS 34.320; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179

P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:     Hon. Michelle Leavitt, District Judge
        Moss Berg Injury Lawyers
        Law Offices of Elizabeth R. Mikesell
        Eighth District Court Clerk

_____

[1]In light of this order, we deny petitioner's request for a stay of the underlying proceedings.